IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-7-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL RUSSELL TORRES, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture.  (Doc. 43.)  Having reviewed said motion, the Court FINDS:

1.     The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2.     A Preliminary Order of Forfeiture was entered on May 5, 2022 (Doc. 41);

3.     All known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n)(1).  *See* Declaration of Publication filed on June 15, 2022 (Doc. 42);

4.     There appears to be cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1

1.      The Motion for Final Order of Forfeiture (Doc. 43) is GRANTED.

2.      Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Springfield Armory XD-40, 9mm pistol (serial number MG137970), with loaded magazine;

- H&K, Model P30, 9mm pistol (serial number 129-090988), with loaded magazine;

- Box of .40 caliber ammunition;

- Various rounds of ammunition;

- Shoulder holster;

- HS Produkt, Model XDM, .40 caliber pistol (serial number MG143860), with loaded magazine; and

- Sixteen rounds of .40 caliber ammunition.

3.      The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

DATED this **25** day of July, 2022.


_____
Donald W. Molloy, District Judge
United States District Court

2