IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-07-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL RUSSELL TORRES, | |
| Defendant. | |

On December 16, 2025, United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendations with respect to the disposition of the revocation proceedings stemming from the June 2, 2025, petition for revocation of Defendant Michael Russell Torres' supervised release. (*See* Docs. 69, 80.) The petition alleges five violations: (1) failure to report for substance abuse treatment (6x), (2) failure to report for random urinalysis testing (2x), (3) failure to reside at an authorized residence or report a new residence, (4) failure to report to the probation office as instructed (2x), and (5) new law violations. (Doc. 69.)

At a final revocation hearing on December 16, 2025, Torres admitted the first four violations and the government moved to dismiss the fifth. (Doc. 80 at 1.) Based on Torres' admissions, Judge Cavan found that Torres committed the first

1

four violations alleged in the petition and recommends that supervised release be revoked and that this Court sentence Torres to 6 months of imprisonment followed by no term of supervised release. (*Id.*)

Neither party has filed objections. Failure to object waives the right to review. Fed. R. Crim. P. 59(b)(2). But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding no clear error in Judge Cavan's conclusion that the defendant violated the conditions of his release in the manner set forth in the petition, and that the defendant's supervision should be revoked, the Court adopts those findings and recommendations. (*See* Doc. 80.)

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation, (Doc. 80), is ADOPTED IN FULL.

IT IS FURTHER ORDERED that the defendant's supervised release is revoked. Judgment will be entered by separate document.

DATED this 30th day of December, 2025.

_____
Donald W. Molloy, District Judge
United States District Court

2